246 So.2d 199

**STATE of Louisiana ex rel.
Clifford HAMPTON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51319.

April 14, 1971.

In re: Clifford Hampton applying for writs of certiorari, prohibition, mandamus and habeas corpus.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

246 So.2d 679

**STATE of Louisiana**

v.

**Henry A. FRANCIS.**

No. 51349.

April 21, 1971.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

Writ denied. The ruling complained of is correct.